**SOUTHERN MATERIALS COMPANY, Inc., Appellant,**

v.

**MERRITT–CHAPMAN & SCOTT CORPORATION, Appellee.**

No. 11921.

United States Court of Appeals
Fourth Circuit.

Argued March 5, 1968.

Decided May 3, 1968.

Braden Vandeventer, Jr., Norfolk, Va. (Morton H. Clark, and Vandeventer, Black, Meredith & Martin, Norfolk, Va., on brief), for appellant.

Jack E. Greer, Norfolk, Va. (Williams, Cocke, Worrell & Kelly, Norfolk, Va., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, BRYAN, Circuit Judge, and RUSSELL, District Judge.

PER CURIAM:

This appeal presents essentially factual questions. We accept the District Court's findings, for they are more than adequately supported, and, for the rea-

sons stated by it,[1] affirm its conclusion that Merritt-Chapman & Scott Corporation was not responsible for the loss of the barge.

Affirmed.

1. Tidewater Construction Corp. v. Southern Materials Co., E.D.Va., 269 F.Supp. 1000.